FILED
MAR 1 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTIE ONYEKACHI-OLEJEMEH,
    Plaintiff

v.

UNITED STATES OF AMERICA, et al.,
    Defendants

...oOo...

CASE NUMBER   1:06CV00443

JUDGE: John Garrett Penn

DECK TYPE: Student Loan (J)

DATE STAMP: 03/10/2006

## ORDER

For the reasons stated in the foregoing Memorandum Opinion, it is this 2nd day of March, 2006, by the United States District Court for the District of Maryland,

ORDERED

    (1)    That this case is TRANSFERRED TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA FOR CONSOLIDATION IF APPROPRIATE WITH CASE NO. JGP-98-700; and it is further ORDERED

    (2)    That the Clerk of the Court shall TRANSMIT a copy of the foregoing Memorandum Opinion and this Order to counsel and plaintiff pro se; and it is further ORDERED

    (3)    That the Clerk shall CLOSE THIS CASE.

/s/
ANDRE M. DAVIS
United States District Judge

I hereby attest and certify on 3/2/06
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHRISTIE ONYEKACHI-OLEJEMEH,  :
    Plaintiff :
  :
v. :   CIVIL NO. AMD 05-3219
  :
UNITED STATES OF AMERICA, et al., :
    Defendants :

...oOo...

## MEMORANDUM OPINION

Plaintiff, Christie Onyekachi-Olejemeh, acting pro se, filed this action against the United States and Provident Bank, seeking relief from the effects of a writ of garnishment issued against a joint bank account maintained by plaintiff and her husband at Provident. Plaintiff's husband is indebted to the government in respect to certain student loans. Defendants, noting that plaintiff has engaged in forum shopping in her repeated efforts to avoid the loss of what she claims are her funds (which, she asserts, are not properly subject to attachment despite the joint account), have moved to dismiss. Plaintiff has opposed the motions to dismiss.

While plaintiff's quest appears to be doomed as a matter of law, the better course here is to transfer this action to the court having jurisdiction over the disputed property, namely, the United States District Court for the District of Columbia. *See* 28 U.S.C. § 1404(a). Accordingly, this case shall be transferred for consolidation with the pending garnishment proceeding. An order follows.

Filed: March 2, 2006          ___/s/_____
                                                        ANDRE M. DAVIS
                                                       United States District Judge

3/2/06
I hereby attest and certify on _____ is a full, true and correct that the foregoing document is on file in my office and in my copy of the original on file in my office and in my legal custody
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy

FEEPRO

# U.S. District Court
## District of Maryland (Baltimore)
## CIVIL DOCKET FOR CASE #: 1:05-cv-03219-AMD
## Internal Use Only

| | |
|---|---|
| Onyekachi-Olejemeh v. United States of America et al | Date Filed: 11/30/2005 |
| Assigned to: Judge Andre M Davis | Jury Demand: None |
| Cause: 31:3545 Action to Recovery Money | Nature of Suit: 152 Contract: Recovery Student Loan |
| | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**Christie Onyekachi-Olejemeh**     represented by     **Christie Onyekachi-Olejemeh**
6912 Rockfields Rd.
Baltimore, MD 21244
410-265-7095
PRO SE

V.

**Defendant**

**United States of America**     represented by     **Ariana Wright Arnold**
Office of the United States Attorney
36 S Charles St Fourth Fl
Baltimore, MD 21201
14102094883
Fax: 14109629947
Email: Ariana.Arnold@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Provident Bank**     represented by     **James T Heidelbach**
Gebhardt and Smith LLP
401 E Pratt St Ninth Fl World Trade Ctr
Baltimore, MD 21202

3/2/06

I hereby attest and certify on _____ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy

https://ecf.mdd.circ4.dcn/cgi-bin/DktRpt.pl?782045419891126-L_923_0-1     3/2/2006

14107525830  
Fax: 14103855119  
Email: jheid@gebsmith.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/30/2005 | 1 | COMPLAINT against United States of America, Provident Bank ( Filing fee $ 250 receipt number 14637005770.), filed by Christie Onyekachi-Olejemeh.(raf, Deputy Clerk) Modified on 12/2/2005 (raf, Deputy Clerk). (Entered: 12/02/2005) |
| 12/02/2005 | | ***Set/Clear Flags (raf, Deputy Clerk) (Entered: 12/02/2005) |
| 12/08/2005 | 2 | ORDER directing Clerk to issue summons. Signed by Judge William D Quarles Jr. on 12/8/05. (raf, Deputy Clerk) (c/m to plaintiff 12/9/05). Modified on 12/9/2005 (raf, Deputy Clerk). (Entered: 12/09/2005) |
| 12/09/2005 | 3 | Summons Issued 60 days as to United States of America, U.S. Attorney and U.S. Attorney General (c/m to plaintiff 12/9/05) (raf, Deputy Clerk) (Entered: 12/09/2005) |
| 12/09/2005 | 4 | Summons Issued 20 days as to Provident Bank. (c/m to plaintiff 12/9/05) (raf, Deputy Clerk) (Entered: 12/09/2005) |
| 01/06/2006 | 5 | (FILED ELECTRONICALLY IN ERROR) MOTION to Dismiss by Provident Bank. Responses due by 1/23/2006 (Attachments: # 1 Affidavit In Support of Motion# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Text of Proposed Order)(Heidelbach, James) Modified on 1/9/2006 (eg, Deputy Clerk). Modified on 1/10/2006 (eg, Deputy Clerk). (rec'd original 1/10/06) (Entered: 01/06/2006) |
| 01/06/2006 | 6 | (FILED ELECTRONICALLY IN ERROR)Corporate Disclosure Statement by Provident Bank. (Heidelbach, James) Modified on 1/9/2006 (eg, Deputy Clerk). Modified on 1/10/2006 (eg, Deputy Clerk). (rec'd original 1/6/06) (Entered: 01/06/2006) |
| 01/09/2006 | | Case Reassigned to Judge Andre M Davis. Judge William D Quarles, Jr no longer assigned to the case. (raf, Deputy Clerk) (Entered: 01/09/2006) |
| 01/09/2006 | 7 | Rule 12/56 Letter mailed to parties (eg, Deputy Clerk) |

| | | |
|---|---|---|
| | | (Entered: 01/10/2006) |
| 01/11/2006 | 8 | REPLY to Motion re 5 MOTION of Defendants' to Dismiss filed by Christie Onyekachi-Olejemeh. (c/s)(eg, Deputy Clerk) (Entered: 01/11/2006) |
| 01/13/2006 | 9 | SUMMONS Returned Executed by Christie Onyekachi-Olejemeh. United States of America, U.S. Attorney served on 12/22/2005 and 12/27/05, U.S. Attorney General served on 12/28/05 answer due 2/21/2006. (eg, Deputy Clerk) Modified on 1/13/2006 (eg, Deputy Clerk). (Entered: 01/13/2006) |
| 01/13/2006 | 10 | SUMMONS Returned Executed by Christie Onyekachi-Olejemeh. Provident Bank served on 12/22/2005, answer due 1/11/2006. (eg, Deputy Clerk) (Entered: 01/13/2006) |
| 02/21/2006 | 11 | (FILED ELECTRONICALLY IN ERROR) MOTION to Dismiss by United States of America. Responses due by 3/10/2006 (Attachments: # 1 Text of Proposed Order)(Arnold, Ariana) Modified on 2/22/2006 (eg, Deputy Clerk). Modified on 2/22/2006 (eg, Deputy Clerk). (rec'd original document on 2/22/06 (c/s) (Entered: 02/21/2006) |
| 02/22/2006 | 12 | Rule 12/56 Letter mailed to parties. (c/s) (eg, Deputy Clerk) (Entered: 02/22/2006) |
| 03/01/2006 | | ***Set/Clear Flags (eg, Deputy Clerk) (Entered: 03/01/2006) |
| 03/01/2006 | 13 | ANSWER to Motion re 11 MOTION of United States of America to Dismiss filed by Christie Onyekachi-Olejemeh. (eg, Deputy Clerk) (Entered: 03/01/2006) |
| 03/02/2006 | 14 | MEMORANDUM OPINION. Signed by Judge Andre M Davis on 3/2/06. (c/m to plaintiff)(eg, Deputy Clerk) Modified on 3/2/2006 (eg, Deputy Clerk). (Entered: 03/02/2006) |
| 03/02/2006 | 15 | ORDER TRANSFERRING the case to the USDC for the District of Columbia for Consolidation; DIRECTING the Clerk to CLOSE the case. Signed by Judge Andre M Davis on 3/2/06. (c/m to plaintiff) (eg, Deputy Clerk) Modified on 3/2/2006 (eg, Deputy Clerk). (Entered: 03/02/2006) |

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF MARYLAND

**COPY**

Felicia C. Cannon, Clerk

Reply to Northern Division Address

March 2, 2006

Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Onyekachi-Olejemeh v. United States of America et al
   Civil Action No. AMD-05-3219

Dear Clerk:

[ X ]   On 3/2/06, an Order was filed transferring the above-captioned case to your Court. Enclosed is a certified copy of the Order and docket entries. Also enclosed are all the original papers on file. A password and login have been provided to allow access to our system.

[ ]   On, an Order was filed accepting jurisdiction by your court in this case. Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[ ]   Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

   Thank you for your cooperation and courtesy in this matter.

                                           Sincerely,

                                           Felicia C. Cannon, Clerk

                                   By:     /s/
                                           Evaleen Gibbons, Deputy Clerk

Enclosure

Received by: _____
Date: _____
New Case No.: _____

Letter Transferring Case (Rev. 02/26/2002)

---

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 240 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov