IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTIE ONYEKACHI-OLEJEMEH,   *

    Plaintiff,   *

v.   *   Civil Action No. 06-0443-JGP

UNITED STATES OF AMERICA, et. al.,   *

    Defendant.   *

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

**NOTICE OF ENTRY OF APPEARANCE**

CLERK:

    Please enter the appearance of James T. Heidelbach, Esquire as counsel for Defendants, Provident Bank of Maryland and Patricia I. Fisher.

Respectfully submitted,

_____
James T. Heidelbach, D.C. Bar No. 418209
GEBHARDT & SMITH LLP
The World Trade Center
401 East Pratt Street, 9th Floor
Baltimore, Maryland 21202
(410) 752-5830

*Attorneys for Defendants, Provident Bank of Maryland and Patricia I. Fisher*

## **CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that on the 14th day of March, 2006, a copies of the foregoing Notice were electronically served pursuant to ECF and/or mailed to: Christie Onyekachi-Olejemeh, 6912 Rockfields Road, Baltimore, Maryland 21244, *Plaintiff*; and to Thomas A. Mauro, Esquire, Suite 400, 1020 19th St. N.W., Washington, D.C. 20036, *attorney for the United States of America*.

                _____
                James T. Heidelbach