IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**CHRISTIE ONYEKACHI-OLEJEMEH,**

      Plaintiff

                          Civil Action No. 06-00443 (JGP)

v

**UNITED STATES OF AMERICA,**

      Defendant

### ORDER

A hearing is scheduled in this case October 26, 2006 at 10:30 A.M. in Courtroom 15. It is hereby

**ORDERED** that a hearing in this case will be held on October 26, 2006 at 10:30 A.M.

**DATE: October 13, 2006**

                          **JOHN GARRETT PENN**
                          **United States District Judge**

**Copy via First-Class Mail to:**
Christie Onyekachi-Olejemeh
6912 Rockfields Road
Baltimore, MD 21244
Defendant