IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTIE ONYEKACHI-OLEJEMEH,          *

        Plaintiff,          *

v.          *          Civil Action No. 06-0443-JGP

UNITED STATES OF AMERICA, et. al.,          *

        Defendant.          *

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## NOTICE OF CHANGE OF ADDRESS

CLERK:

      Please note that the address of James T. Heidelbach, Esquire, counsel for Defendant, Provident Bank of Maryland, has changed. The new address is as follows: James T. Heidelbach, Esquire, Gebhardt & Smith LLP, One South Street, Suite 2200, Baltimore, Maryland 21202.

Respectfully submitted,

        /s/

James T. Heidelbach
D.C. Bar No. 418209
GEBHARDT & SMITH LLP
One South Street, Suite 2200
Baltimore, Maryland 21202
(410) 752-5830

*Attorneys for Defendant, Provident Bank of Maryland*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 23rd day of October, 2006, a copies of the foregoing Notice were electronically served pursuant to ECF and/or mailed to: Christie Onyekachi-Olejemeh, 6912 Rockfields Road, Baltimore, Maryland 21244, *Plaintiff*; and to Thomas A. Mauro, Esquire, Suite 400, 1020 19th St. N.W., Washington, D.C. 20036, *attorney for the United States of America*.

_____/s/_____
James T. Heidelbach
