UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTIE ONYEKACHI-OLEJEMEH,

    Plaintiff

Civil Action No. 06-00443 (JGP)

v

UNITED STATES OF AMERICA,

    Defendant

PROVIDENT BANK,

    Defendant

## ORDER

A hearing was held in this case on October 26, 2006. After hearing argument from the parties and plaintiff's husband, a defendant in Civil Action 98-00700 also pending before this Court, it appears that plaintiff's claim and relief sought arises from an alleged interest in property at issue in the civil action pending against her husband. Recognizing the facts and legal issues remain unclear, it appears that plaintiff's alleged right to relief would be protected by pursuing her claim in Civil Action 98-00700 rather than pursuant to a new lawsuit, the instant case. The Court granted plaintiff's oral motion to intervene in Civil Action 98-00700 and dismissed this case without prejudice. It is hereby

**ORDERED** that plaintiff's oral motion to intervene in Civil Action 98-00700 is **GRANTED**; and it is further

**ORDERED** that this case is dismissed without prejudice.

**DATE: November 3, 2006**    **JOHN GARRETT PENN**
    **United States District Judge**

**Copy via First-Class Mail to:**

Christie Onyekachi-Olejemeh
6912 Rockfields Road
Windsor, MD 21244